IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Edward Crawford, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv812 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Katz, Greenberger, & Norton, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 19, 2015 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 5, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motions to dismiss (Doc. 9, 13) are **GRANTED**. Plaintiff's complaint is hereby **DISMISSED** and this matter is closed on the docket of this Court.

IT IS SO ORDERED.

                                                            ___s/Susan J. Dlott_____
                                                            Judge Susan J. Dlott
                                                            United States District Court